Reversed and Remanded and Memorandum Opinion filed January 26, 2006









Reversed and Remanded and Memorandum Opinion filed
January 26, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00500-CV

____________

 

JAMES E. DEWEY,
Appellant

 

V.

 

FALCON TELECABLE, A CALIFORNIA
LIMITED PARTNERSHIP d/b/a CHARTER COMMUNICATIONS, Appellee

 



 

On Appeal from the 281st District
Court

Harris County, Texas

Trial Court Cause No.
04-10552

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed January 31, 2005.

On January 20, 2006,  the parties filed a joint motion to vacate
the judgment and remand the cause to the trial court for entry of judgment in
accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1. 
Because the rules do not provide for the disposition requested, see
Tex. R. App. P. 43.2, we construe
the motion to request reversal and remand. 
The motion is granted.








Accordingly, the judgment is reversed and the cause remanded
to the trial court.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 26, 2006.

Panel consists of Justices Hudson,
Frost, and Seymore.